## Mack Harris v. The State.

### No. 6825. Decided April 12, 1922.

**Murder—Statement of Facts.**

Where the alleged statement of facts had no file mark indicating its filing in the lower court, and was neither signed by the attorneys nor approved by the judge, the same cannot be considered on appeal; nor, can bills of exception and argument of counsel be considered. And the charge being appropriate under the indictment, the judgment below must be affirmed.

Appeal from a conviction.

Appeal from the District Court of Eastland. Tried below before the Honorable E. A. Hill.

Appeal from a conviction of murder; penalty, thirteen years imprisonment in the penitentiary.

The opinion states the case.

*Grisham Bros.,* and *J. Lee Cearly,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, Judge.—Appeal is from conviction for murder with punishment assessed at thirteen years confinement in the penitentiary.

We find among the papers what purports to be a statement of facts. It has no file mark indicating that it was ever filed in the lower court, nor is it signed by the attorneys or approved by the trial judge. In this condition same cannot be considered.

There are many bills of exception in the record, all of them being to the admission or rejection of evidence, or to argument of counsel for the State. The charge of the court is appropriate to a provable case under the indictment, and all presumptions will be indulged as to the correctness of the rulings of the court. It is impossible to appraise the matters complained of in the various bills without a knowledge of the facts.

The judgment of the trial court is affirmed.

*Affirmed.*